36453. GEYER v. SHERRILL et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

ARGUED JULY 14, 1980 — DECIDED SEPTEMBER 9, 1980.

*David P. Daniel,* for appellant.
*Frank M. Gleason,* for appellees.